**Agnes Scott MacGLAFLIN**

v.

## DEPARTMENT OF EMPLOYMENT SECURITY BOARD OF REVIEW.

No. 80–25–M.P.

Supreme Court of Rhode Island.

Feb. 28, 1980.

Natale L. Urso, Thomas J. Liguori, Jr., Westerly, for petitioner.

Gary R. Pannone, Special Legal Counsel, Board of Review, for respondent.

### ORDER

The petition for writ of certiorari is denied.

**Henry MATTEAU**

v.

## STATE of Rhode Island et al.

No. 80–55–C.A.

Supreme Court of Rhode Island.

Feb. 28, 1980.

Nugent & Nugent, J. Joseph Nugent, Jr., Providence, for plaintiff.

Dennis J. Roberts II, Atty. Gen., Jeffrey B. Pine, Special Asst. Atty. Gen., for defendants.

### ORDER

The plaintiff's motion to dismiss this appeal as premature is granted.

**Leo RAINVILLE**

v.

## KING'S TRUCKING CO., INC.

No. 79–498–A.

Supreme Court of Rhode Island.

Feb. 28, 1980.

Lovett & Linder, Ltd., Raul L. Lovett, Providence, for plaintiff.

Adler, Pollock & Sheehan Incorporated, Richard W. MacAdams, Providence, for defendant.

### ORDER

Treating the employer's motion to affirm as a motion to dismiss the appeal for failure of the employee to file his brief, the motion to dismiss is granted unless said brief is filed on or before April 4, 1980.